NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BAY AREA RENAISSANCE FESTIVAL
OF LARGO, INC.,

        Appellant,

v.

QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC., and CYNTHIA
COOK,

        Appellees.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-4669

Opinion filed August 16, 2019.

Appeal from the Circuit Court for
Hillsborough County; Robert A. Foster, Jr.,
and Martha J. Cook, Judges.

Sarah Lahlou-Amine of Banker Lopez
Gassler P.A., Tampa, for Appellant.

Riley F. Kennedy of Adams/Coogler, P.A.,
West Palm Beach; and Ian E. Robinson of
Adams/Coogler, P.A., West Palm Beach
(substituted as counsel of record), for
Appellee Quest Diagnostics Clinical
Laboratories, Inc.

Raymond N. Seaford of Law Office of
Raymond N. Seaford, P.A., Tampa,
for Appellee Cynthia Cook.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.